UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Dana Faye C. Go.,

                         Plaintiffs,

         -against-

Ralex Services, Inc..

                       Defendant.

----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-9007 and
rel case 23-cv-10169 KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

       A Status Conference (via telephone) is hereby scheduled **May 9, 2024 at 11:30 AM.**

The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

       (1) a brief summary of claims, defenses, and relevant issues;
       (2) the basis of subject matter jurisdiction;
       (3) the subjects on which discovery may be needed;
       (4) any anticipated discovery disputes or sought-after limitations on discovery;
       (5) any plans for electronic discovery and ESI protocols;
       (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
       (7) any anticipated motions; and
       (8) the prospects and timing for early settlement or resolution.

       **SO ORDERED.**

DATED:     White Plains, New York
               March 29, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge