UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**Go**,

                       Plaintiffs,

        -against-

**Ralex Services, et al.,**

                   Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:23-cv-9007 KMK-VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for **January 13, 2026 at 11:30 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

      **SO ORDERED.**

DATED:     White Plains, New York
              January 2, 2026

                           _____
                           VICTORIA REZNIK
                           United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 1/2/2026 __