USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

**Go,**

Plaintiff(s),

-against-

**Ralex Services, Inc. et al.,** ,

Defendant(s).

--------------------------------------------------------------X

**7:23-cv-9007 KMK-VR**
**7:23-cv-10169 KMK-VR**

**ORDER RE SETTLEMENT CONFERENCE PROCEDURES**

**VICTORIA REZNIK, United States Magistrate Judge:**

This matter is scheduled for a in person settlement conference before Magistrate Judge Victoria Reznik on **October 21, 2026 at 2:30 pm** at the **HON. CHARLES L. BRIEANT JR.,FEDERAL BUILDING AND COURTHOUSE, 300 QUARROPAS STREET,WHITE PLAINS, NY 10601, COURTROOM 420.** The following procedures shall apply:

**Confidentiality.** All settlement conferences are "off the record" and strictly confidential. All communications relating to settlement may not be used in discovery and will not be admissible at trial.

**REQUIRED**

1. ***Ex parte* letter submissions. No later than five (5) business days** before the conference, counsel for each party must send the Court by e-mail an *ex parte* letter, marked "Confidential Material for Use Only at Settlement Conference," which should not be served on the other parties or filed on ECF. The letter should be sent by e-mail to ReznikNYSDChambers@nysd.uscourts.gov.

The *ex parte* letter must not exceed ten (10) pages in length (not including exhibits) unless permission to do so has been granted by the Court. The letter should include, at a minimum, the following: (1) the history of settlement negotiations, if any, including any prior offers or demands; (2) the key issues of fact and/or law in the case; (3) the party's evaluation of the settlement value of the case and the rationale for it; (4) any case law authority in support of the party's settlement position; and (5) any other facts that would be helpful to the Court in preparation for the conference. **If a letter is accompanied by attachments exceeding ten (10)**

**pages in length, the submitting party shall hand deliver a hard copy of the letter plus attachments to the Court.**

2. **Exchange of Demand/Offer.** If the plaintiff has not already made a settlement demand, such a demand must be communicated to the opposing party **no later than 14 days before the conference (October 7, 2026)**. If it has not already done so, the opposing party shall respond to any demand **no later than 7 days thereafter (October 14, 2026 )**. The parties should not wait for the settlement conference to start negotiations of a resolution of their dispute.

3. **Attendance.** It is the Court's standard practice to require parties – and not just counsel – to attend settlement conferences. A person with ultimate settlement authority on behalf of each party must attend the settlement conference or otherwise be available by phone to approve any proposed settlement. Any party who fails to comply with the attendance requirements may be required to reimburse all other parties for their time and travel expenses, if any, and may face other sanctions.

**IF ELECTRONIC DEVICES ARE NEEDED, PLEASE SUBMIT THE ATTACHED REQUEST TO THE CHAMBERS EMAIL BOX BEFORE THE CONFERENCE.**

**SO ORDERED.**

DATED: White Plains, New York
September 4, 2026

VICTORIA REZNIK
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

____________________________________________ x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR GENERAL PURPOSE COMPUTING DEVICE(S) INTO THE COURTHOUSE OF THE SOUTHERN DISTRICT OF NEW YORK FOR USE IN A PROCEEDING OR TRIAL

____________________________________________ x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

____________________________________________________________________________.

ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are)________________________.

| **Attorney** | **E-Mail** | **Device(s)** | **Courtroom** | **WIFI Granted** |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: ________________

________________________________________
United States Judge

Revised: July 1, 2019.